# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGETTE B.; AND RASHONDRA B.-S.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CYNTHIA N. GIULIANI, DISTRICT JUDGE,
Respondents,
and
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; AND THE STATE OF NEVADA,
Real Parties in Interest.

No. 80808

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying a motion for placement of a child. Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition); *Philip R. v. Eighth Judicial Dist. Court*, 134 Nev. 223, 228-29, 416 P.3d 242, 247-48

20-14580

(2018) (providing that the primary consideration in a placement decision is the child's best interest). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Cynthia N. Giuliani, District Judge
       The Grigsby Law Group
       Attorney General/Carson City
       Clark County District Attorney/Juvenile Division
       Eighth District Court Clerk